FRED ZANNI, PLAINTIFF-PETITIONER, v. RUDOLPH POUL-
TRY EQUIPMENT CO., DEFENDANT-RESPONDENT.

See same case below: 105 *N. J. Super.* 325.

*Mr. Patrick T. McGahn, Jr.* for the petitioner.

*Mr. Theodore T. Tams, Jr.* for the petitioner.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROBERT E. O'CONNELL, DEFENDANT-PETITIONER.

*Mr. Robert E. O'Connell, in propria persona.*

*Mr. James A. Tumulty, Jr.* and *Mr. Gregory T. Farmer*
for the respondent.

June 30, 1969. Denied.

CITY OF NEWARK, PLAINTIFF-PETITIONER, v. DEPART-
MENT OF HEALTH OF THE STATE OF NEW JERSEY,
*ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Philip E. Gordon* and *Mr. Sam Weiss* for the peti-
tioner.

*Mr. Arthur J. Sills, Mr. Stephen Skillman, Mr. Theodore
A. Schwartz, Mr. Joseph L. Conn, Mr. Joseph A. La Cava,
Mr. Charles E. Miller, Mr. Newton M. Roemer, Mr. Arthur
J. Sullivan, Jr., Mr. Frank A. Carlet* for the respondents.

June 30, 1969. Denied.